DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SUKHDEEP SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-mj-00242 DLB |
| *Plaintiff,* | MOTION FOR MODIFICATION OF CONDITIONS OF PROBATION; ORDER |
| v. | |
| SUKHDEEP SINGH, | |
| *Defendant.* | JUDGE:   Hon. Sandra M. Snyder |

    Defendant, Mr. Sukhdeep Singh, was sentenced in February 2010 to 36 months probation with conditions crafted to assist Mr. Singh with his alcohol addiction. Since the date of his sentencing, Mr. Singh had been residing with his sister and brother-in-law. Unfortunately, due to a family dispute, Mr. Singh has been asked to leave this residence, and he is now living at the home of a friend. Given Mr. Singh's continued battles with his addiction, however, Mr. Singh and his Probation Officer, Ms. Marlene DeOrian, do not believe that this living arrangement is in the best interest of Mr. Singh's continued recovery. After discussing his options with Ms. DeOrian, the two agreed that he would benefit from ninety days in the recovery residences at Turning Point, and Ms. DeOrian has secured a bed there for Mr. Singh. Before Mr. Singh can move to Turning Point, however, an order is needed from this Court modifying the conditions of his probation so as to include a ninety-day term at Turning Point.

    Accordingly, Mr. Singh respectfully moves this Court for such an order. Counsel for Mr. Singh has for several days attempted to contact counsel for the government, but has not received a response to his

calls and emails.  It is therefore unknown whether the government opposes this motion, which has the full support of Mr. Singh and Ms. DeOrian.  Because of Mr. Singh's tenuous living arrangement, it is respectfully requested that the Court consider and rule on this Motion at its earliest possible convenience.

DANIEL J. BRODERICK<br>
Federal Public Defender

Dated: October 13, 2010                                        /s/ Jeremy S. Kroger
                                                               JEREMY S. KROGER
                                                               Assistant Federal Defender
                                                               Attorney for Defendant
                                                               Sukhdeep Singh

## ORDER

The conditions of Defendant's probation are hereby modified such that, at Probation's discretion, Mr. Singh shall spend ninety days at the residential reentry center Turning Point.  All other prior terms and conditions of probation, not in conflict, shall remain in full force and effect pending further order of the Court.

DATED: October 13, 2010

                                    /s/ SANDRA M. SNYDER
                                    Sandra M. Snyder, Magistrate Judge
                                    Eastern District of California